LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

August 5, 2026

Hon. Edgardo Ramos
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

**Re: U.S. v. Djurabek Asadov,**
26 Cr. 218 (ER)

Your Honor:

I represent Mr. Asadov, who has been released on bond and is on pretrial supervision. I write to seek a temporary suspension of Mr. Asadov's travel restrictions so that he may travel to Pennsylvania for the day on August 9, 2026 to visit relatives. His Pretrial Officer, Meherun Mayer, confirms that he has been compliant with his release conditions and consents to this request. The government, by Josiah Peltz, Esq., defers to pretrial.

If permitted to go, Mr. Asadov will provide the details of his trip including where he will stay in PA to pretrial in advance of the trip.

Respectfully,
Lisa Scolari
Lisa Scolari

SO ORDERED:

HON. EDGARDO RAMOS
Dated: August 6, 2026