LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

September 8, 2026

Hon. Edgardo Ramos
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

**Re: U.S. v. Djurabek Asadov,**
26 Cr. 218 (ER)

Your Honor:

I write to request a two month adjournment of Mr. Asadov's conference which is currently scheduled for September 10, 2026. The defense needs additional time to review the discovery with Mr. Asadov. In addition, I will be on engaged in a month-long RICO murder trial before Hon. Ramon E, Reyes, in the E.D.N.Y. during October. Therefore I request an adjournment to a date in early November, 2026.

The government, by Josiah Peltz, Esq., consents to this request. As the adjournment is sought for discovery review, the time between September 10, 2026 and the next conference date should be excluded from speedy trial calculations.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The status conference is adjourned to November 10, 2026, at 3:30 p.m. Speedy trial time is excluded from September 10, 2026 until November 10, 2026, in the interest of justice.

SO ORDERED:

_______________________
HON. EDGARDO RAMOS
Dated: September 9, 2026